UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MICHAEL A. SHIPP**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.   ROOM 2042<br>NEWARK, NJ 07102<br>973-645-382 |

DATE: 1/4/11

LETTER:  Early Stages Litigation Requirements

**Re:** **Case Name: The Turtle Company, Inc. v. B*Tween Productions, Inc., et al.**
   **Civil Action No.  10-6821 (FSH)**

Dear Counsel:

   I have been assigned case management responsibilities in the above-referenced matter.  This letter is intended to advise you of some requirements established for the early stages of the litigation.

   First, please provide my Chambers with the names and addresses of all attorneys involved in this case when such information is available to you, and immediately supply a copy of this letter to your adversaries.

   Second, Rule 4(m) of the Federal Rules of Civil Procedure requires that you serve a copy of the Summons and Complaint upon your adversaries within 120 days of the date of filing the Complaint.  Otherwise, the action will be terminated.

   Third, L. Civ. R. 26.1(b) requires counsel to confer and to submit a joint discovery plan before the initial conference, which will be scheduled as soon as one or more parties are joined.  Scheduling of all motions will be addressed at the Rule 16 conference.  Prior to that time, <u>no motions, including motions to dismiss or motions to transfer, shall be filed without leave of Court</u>.  Please note that the Court will not conduct the Rule 16 scheduling conference by phone.  In addition, <u>trial counsel are required to attend the Rule 16 conference.</u>

   Fourth, I draw counsel's attention to the voluntary disclosures mandated by Fed. R. Civ. P. 26(a).

   Fifth, the Court has implemented an electronic case filing system for all documents filed with the Clerk of the Court.  Electronic case filing is mandatory for all cases except those involving a <u>pro se</u> litigant.  Registration forms, on-line training, policies and procedures can be obtained from the Clerk's Office or the website: pacer.njd.uscourts.gov.  On-site training is also available and can be arranged by contacting (973) 645-4439.  Orders will be electronically filed.  Paper copies will be provided to <u>pro se</u> litigants.  Registered counsel will be notified when an order is filed but are responsible for retrieving and reviewing the contents.

   Finally, all counsel are expected and required to be in Court on time and ready to proceed for all scheduled proceedings.

   If you have any questions regarding any of these matters, please contact my Deputy Clerk, Nati Rodriguez, at (973) 645-3827.

                                        Very truly yours,

                                         s/ Michael A. Shipp
                                        **UNITED STATES MAGISTRATE JUDGE**